BANK OF NEW YORK, Appellant, *v.* DAVID G. LEGGETT, Respondent.

Counsel appeared May 16, 1944; decided May 25, 1944.

*George W. Martin* and *Thomas B. Fenlon* for appellant.

*Gerson C. Young* and *John Kadel* for respondent appearing specially.

Appeal dismissed, without costs, on the ground that an appeal does not lie as of right. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND and THACHER, JJ. Taking no part: RIPPEY, J.